UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
PHILIP BRADY, et al.,

                Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　ORDER

FANTASIA TRADING, LLC D/B/A　　　　　　　18-cv-11396 (PMH)
ANKER DIRECT,

                Defendant.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

This matter has recently been reassigned to me. The Court has received defendant's letter request for a briefing schedule dated 4/7/20 (Doc. 38); grants the request to file a motion to dismiss and directs the following briefing schedule: plaintiffs shall serve and file their Third Amended Complaint on or before 4/20/20; defendant shall serve and file its motion to dismiss on or before 5/26/20; plaintiffs' opposition thereto shall be served and filed on or before 6/9/20; and defendant's reply shall be served and filed on or before 6/16/20.

**SO-ORDERED:**

Dated: New York, New York
　　　　April 13, 2020

                                        _____
                                        Philip M. Halpern
                                        United States District Judge