UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHILIP BRADY, et al.,

                Plaintiffs,

v.

FANTASIA TRADING, LLC D/B/A
ANKER DIRECT,

                Defendant.
-----------------------------------------------------------X

**ORDER**

18-CV-11396 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Pursuant to Rule 4(L) of the Court's Individual Practices, oral argument has been scheduled on the pending motion to dismiss. The oral argument will be held on 12/17/2020 at 3:30 p.m. at the United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York 10007.

    All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse. On the day you are due to arrive at the courthouse, click on the following weblink: https://app.certify.me/SDNYPublic. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

SO ORDERED:

Dated: New York, New York
        November 18, 2020

_____
Philip M. Halpern
United States District Judge