UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PHILIP BRADY, et al.,

               Plaintiffs,

v.

FANTASIA TRADING, LLC D/B/A
ANKER DIRECT,

               Defendant.
----------------------------------------------------------X

**ORDER**

18-CV-11396 (PMH)

PHILIP M. HALPERN, United States District Judge:

In light of the suspension of in-person operations effective today, 12/1/2020 (see Standing Order M-10-468-CM, 20-mc-00622), the oral argument scheduled for 12/17/2020 at 3:30 p.m. will be held remotely via video conference.

**At least one week prior to the scheduled oral argument, counsel shall contact the Southern District of New York Technology Department (212-805-0134) to coordinate video conference services.**

SO ORDERED:

Dated: New York, New York
        December 1, 2020

_____
Philip M. Halpern
United States District Judge