UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHILIP BRADY, et al.,

                   Plaintiffs,

v.

FANTASIA TRADING, LLC D/B/A
ANKER DIRECT,

                   Defendant.
-----------------------------------------------------------X

**ORDER**

18-CV-11396 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences, hearings, and oral argument are CANCELED.

SO ORDERED:

Dated: New York, New York
       December 3, 2020

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge